UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RENE F. FERNANDEZ, | Case No. 2:12-cv-01810-MMD-GWF |
| Petitioner, | ORDER |
| v. | |
| JAMES GREG COX, et al., | |
| Respondent. | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  The petition was dismissed without prejudice on November 17, 2012, for failure to exhaust state court remedies (dkt. no. 7).  Petitioner has filed a motion for certificate of appealability (dkt. no. 10).  However, as stated in the order dated November 17, 2012, a certificate of appealability was denied (*see* dkt. no. 7 at 2). Accordingly, petitioner's motion is denied.

IT IS THEREFORE ORDERED that petitioner's motion for a certificate of appealability (dkt. no. 10) is DENIED.

DATED THIS 11th day of February 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE